IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 1:18-10074-STA-5 |
| ALISA LEE, | ) | |
| Defendant. | ) | |

---

ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING

---

This cause came to be heard on November 13, 2018, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Alisa Lee, appearing in person, and with counsel, Coleman Garrett.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 2 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, FEBRUARY 12, 2019 at 1:30 P.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 13th day of November, 2018.

 s/ S. Thomas Anderson
 CHIEF JUDGE, U. S. DISTRICT COURT